UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule O.C.

05 MAY -3 PM 4: 53

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| JOSE OSCAR CHAVEZ, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) | No. 03-2932 M1/P |
|  | ) |  |
| v. | ) | JURY TRIAL |
|  | ) |  |
| NICOLAS CARRANZA, | ) | JUDGE McCALLA |
|  | ) |  |
| Defendant. | ) | MAGISTRATE JUDGE PHAM |

### STIPULATION AND AGREED ORDER TO CONTINUE TRIAL DATE AND AMEND PRE-TRIAL SCHEDULE

Due to a family emergency encountered by Defendant's counsel and after consultation with the Court's Case Manager, the parties, by and through counsel, stipulate and respectfully request that the Court continue the trial date and all pre-trial deadlines for a period of six weeks. A six-week continuance will alter the existing discovery schedule, as agreed to by the parties, as follows:

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| Complete Requests for Admissions | May 13, 2005 | June 24, 2005 |
| Expert Depositions | April 15, 2005 | May 27, 2005 |
| Filing Dispositive Motions | May 13, 2005 | June 24, 2005 |
| Depositions for Proof | July 1, 2005 | August 12, 2005 |
| Joint Pretrial Order and Proposed Jury Instructions and Voir Dire Questions | August 23, 2005 No later than ~~5:00~~ 4:30 p.m. | October 4, 2005 No later than ~~5:00~~ 4:30 p.m. |
| Pretrial Conference | September 6, 2005 9:00 a.m. | October 18, 2005 9:00 a.m. |
| Jury Trial Set to Begin | September 19, 2005 | October 31, 2005 |

Dated: April 26, 2005

Respectfully Submitted,

*(signed)* Robert Fargarson w/ permission by *(signed)*
Robert M. Fargarson, Esq.
FARGARSON & BROOKE
65 Union Avenue, 9th Floor
Memphis, TN 38103

*Counsel for Defendant Nicolas Carranza*

*(signed)* David R. Esquivel w/ permission by *(signed)*
David R. Esquivel (#21459)
BASS, BERRY & SIMS PLC
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Tel. (615) 742-6200
Fax (615) 742-2744

Matthew J. Eisenbrandt (CA Bar No. 217335)
CENTER FOR JUSTICE &
ACCOUNTABILITY
870 Market Street, Suite 684
San Francisco, CA 94102
Tel: (415) 544-0444
Fax: (415) 544-0456

Carolyn Patty Blum (MA Bar No. 046880)
CENTER FOR JUSTICE &
ACCOUNTABILITY
291 West 12th Street
New York, NY 10014
Tel: (212) 989-0012
Fax: (415) 544-0456

*Counsel for Plaintiffs*

## ORDER

IT IS SO ORDERED, this 2 day of May 2005. The trial date and pre-trial deadlines shall be continued for six weeks in accord with this schedule.

*(signed)*
HON. JON P. McCALLA
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has this day been served upon the following counsel for the Defendant by depositing a copy thereof in the United States Mail, postage prepaid, this 26th day of April, 2005.

>
> Robert M. Fargarson, Esq.
> Fargarson & Brooke
> 65 Union Avenue, 9th Floor
> Memphis, TN  38103
>
> *Counsel for Defendant Nicolas Carranza*

_____

2565099.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Honorable Jon McCalla
US DISTRICT COURT