FILED BY _____ D.C

05 JUN 22 PM 3:5

ROBERT R. DI TROLIC
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOSE OSCAR CHAVEZ, ANA PATRICIA CHAVEZ, HAYDEE DURAN, CECILIA SANTOS, JOSE FRANCISCO CALDERON, JANE DOE I, JANE DOE II, and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> NICOLAS CARRANZA, <br><br> Defendant. | No. 03-2932 M1/P <br><br> JURY TRIAL |

## AGREED ORDER

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties have given their consent to file the Second Amended Complaint, which is attached hereto and supercedes the First Amended Complaint in its entirety. This Complaint amends the prior pleading in the following material respects: (1) Plaintiffs Jose Oscar Chavez, Haydee Duran, and Jane Doe I have withdrawn as plaintiffs; (2) the plaintiffs have dropped their claims for cruel, inhuman, or degrading treatment or punishment; (3) Plaintiff John Doe has added a claim for crimes against humanity; and (4) some factual allegations have been revised in order to conform with deposition testimony that has been taken since the filing of the First Amended Complaint. Accordingly, it is hereby ORDERED that the attached Second Amended Complaint be filed and allowed to supercede the prior pleading.

So ORDERED this 22 day of June, 2005.

~~JON P. McCALLA~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-23-05

32

Respectfully submitted for entry:

*David R. Esquivel* w/ permission by [signature]
David R. Esquivel
BASS, BERRY & SIMS PLC
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
(615) 742-6200

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market Street, Suite 684
San Francisco, CA 94102
(415) 544-0444

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th Street
New York, NY 10014
(212) 989-0012

*Counsel for Plaintiffs*

*Robert M. Fargarson* w/ permission by [signature]
Robert M. Fargarson
FARGARSON & BROOKE
65 Union Avenue, 9th Floor
Memphis, TN 38103
(901) 523-2500

*Counsel for Defendant Nicolas Carranza*

2

2583496.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Honorable Jon McCalla
US DISTRICT COURT