IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 19 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ANA PATRICIA CHAVEZ, CECILIA SANTOS, JOSE FRANCISCO CALDERON, JANE DOE, and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> NICOLAS CARRANZA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 03-2932-M1/P <br> ) <br> ) <br> ) <br> ) |

### ORDER SETTING TELEPHONE CONFERENCE

The Court will hold a telephone conference on <u>Monday, July 25, 2005, at 10:30 a.m.</u> to discuss the Plaintiffs' Motion for Leave to File Motion for Summary Judgment Under Seal. Plaintiffs' counsel shall initiate the telephone conference and contact the Court with all of the parties on the line.

IT IS SO ORDERED this 19 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-20-05

44

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Honorable Jon McCalla
US DISTRICT COURT