IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANA PATRICIA CHAVEZ, CECILIA SANTOS, JOSE FRANCISCO CALDERON, JANE DOE, and JOHN DOE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-2932-Ml/P |
| NICOLAS CARRANZA, | ) ) ) | |
| Defendant. | ) | |

ORDER FOLLOWING TELEPHONE CONFERENCE
AND
ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT UNDER SEAL

The Court held a telephone conference[1] on Monday, July 25, 2005, to discuss the Plaintiffs' Motion for Leave to File Motion for Summary Judgment Under Seal. Plaintiffs were represented by David R. Esquivel, Esq., Matthew J. Sinback, Esq., and Matthew J. Eisenbrandt, Esq. Defendant was represented by Robert M. Fargarson, Esq. Pursuant to the discussion during the telephone conference, the Court GRANTS Plaintiffs' Motion for Leave to File Motion for Summary Judgment Under Seal. Any subsequent filings related to Plaintiffs' Motion for Summary Judgment shall also be filed by the clerk under seal. The parties are also directed to

---

[1] The Court held the conference because of the strong preference that proceedings be open to the public. After discussion, the Court determined that it was not practical, at least as to one party, to submit redacted documents at this stage of the proceedings. It is unlikely, however, that the same protections can be made available to the Doe parties at the anticipated trial.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05

reserve October 24, 2005, as a date on which the trial date may be advanced from its current October 31, 2005, setting.[2]

IT IS SO ORDERED this 25 day of July, 2005.

                                    /s/ Jon P. McCalla
                                    JON P. McCALLA
                                    UNITED STATES DISTRICT JUDGE

---

[2] The Court will monitor the events in <u>Arnett v. Myers</u>, No. 98-1263 (W.D. Tenn. filed Sept. 24, 1998) in determining whether to advance the trial date to October 24, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Honorable Jon McCalla
US DISTRICT COURT