IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -2 PM 5: 12

THOMAS
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JOSE OSCAR CHAVEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. 03-2932-M1/P |
| | ) | |
| NICOLAS CARRANZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY
OF DR. J. MICHAEL WALLER AND DENYING DEFENDANT'S MOTION TO QUASH
THE NOTICE OF DEPOSITION OF DR. J. MICHAEL WALLER AND FOR
PROTECTIVE ORDER

Before the court is plaintiffs' Motion to Compel Deposition Testimony of Dr. J. Michael Waller and Denying Defendant's Motion to Quash the Notice of Deposition of Dr. J. Michael Waller and for Protective Order, both filed on August 2, 2005.  On August 2, the court held a telephone conference with counsel of record.  At the conclusion of the conference, the court GRANTED the plaintiffs' motion to compel and DENIED the defendant's motion to quash as follows:

1.  Dr. J. Michael Waller has been identified as an expert witness on behalf of the defendant.

2.  Pursuant to the court's case management order, the deadline to complete expert discovery was May 27, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-3-05_

58

3.  Due to personal difficulties relating to defense counsel's family, the plaintiffs agreed to delay taking the deposition of Dr. Waller.  In letters sent by plaintiffs' counsel to defendant's counsel dated June 13, 2005 and June 29, 2005, the plaintiffs emphasized that they had not yet received Dr. Waller's expert report and that Dr. Waller's deposition must be completed by the first week of August.

4.  Dr. Waller's expert report was provided to the plaintiffs on July 12, 2005, approximately six weeks after the deadline for completing expert depositions.

5.  On July 25, 2005, the plaintiffs noticed Dr. Waller's deposition for August 4, 2005, in Washington, D.C. (where Dr. Waller resides).

6.  On August 1, 2005, the defendant informed the plaintiffs that Dr. Waller would not be able to sit for his deposition on August 4, and suggested alternative dates of August 17 through 31. In a letter dated August 1 (attached to defendant's motion to quash), Dr. Waller states that he has a publishing deadline that will prevent him from being deposed.

7. The court finds that the defendant and Dr. Waller have not articulated a sufficient basis to postpone the deposition.

8.   Therefore, Dr. Waller shall comply with the notice of deposition and appear for his deposition on August 4, 5, or 6, 2005, in Washington, D.C.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

_____August 2, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Honorable Jon McCalla
US DISTRICT COURT