IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -3 AM 8: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ANA PATRICIA CHAVEZ, CECILIA SANTOS, JOSE FRANCISCO CALDERON, JANE DOE, and JOHN DOE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-2932-Ml/P |
| NICOLAS CARRANZA, | ) ) | |
| Defendant. | ) | |

## ORDER OF REFERENCE

Before the Court is Plaintiffs' Motion to Compel Deposition Testimony of Dr. J. Michael Waller, filed August 2, 2005. This matter is referred to the United States Magistrate Judge for determination. Any exceptions to the magistrate judge's order shall be made within ten (10) days of the magistrate judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED this 2 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05

59

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Honorable Jon McCalla
US DISTRICT COURT