IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 19 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF  MEMPHIS

| | |
|---|---|
| ANA PATRICIA CHAVEZ, CECILIA SANTOS, JOSE FRANCISCO CALDERON, JANE DOE, and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> NICOLAS CARRANZA, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 03-2932 Ml/P ) ) ) ) ) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION REGARDING USE OF PSEUDONYMS AND TO UNSEAL DOCUMENTS FILED UNDER SEAL

Before the Court is Plaintiffs' Unopposed Motion Regarding Use of Pseudonyms and to Unseal Documents Filed Under Seal, filed August 24, 2005, in which Plaintiffs Jane Doe and John Doe consent to use their true names in future proceedings in light the practical and public interest concerns discussed at a telephone conference with the Court on July 25, 2005.[1] Plaintiffs move this Court to unseal all papers filed under seal in this case, including docket numbers 34,35,36,49,50, and 51.

The Court has reviewed Plaintiffs' motion and find it to be supported by good cause. Accordingly, in further proceedings,

---

[1] On December 11, 2003, this Court granted Plaintiffs' Motion to File Complaint as Pseudonymous Plaintiffs in light of Plaintiffs' fear of acts of reprisal in El Salvador as a result of their participation this litigation if their identities became known.

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

66

Plaintiff Jane Doe will be identified by her real name, Erlinda Revelo, Viuda de Franco; Plaintiff John Doe will be identified by his real name, Daniel Alvarado; and James Doe, identified in the Second Amended Complaint as Plaintiff Jane Doe's husband, will be identified by his real name, Manuel Franco. The Court GRANTS Plaintiff's motion and DIRECTS the Clerk to unseal all papers filed under seal in this case, including docket numbers 34,35,36,49,50, and 51.

So ORDERED this 19 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Honorable Jon McCalla
US DISTRICT COURT