FILED BY _____ D.C.

05 OCT 13 PM 4:37

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____ D.C.

2005 AUG 26 PM 3:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANA PATRICIA CHAVEZ, CECILIA )
SANTOS, JOSE FRANCISCO CALDERON, )
JANE DOE, AND JOHN DOE, )
)
    Plaintiffs, )
) No. 03-2932 M1/P
v. )
) JURY TRIAL
NICOLAS CARRANZA, )
) JUDGE McCALLA
    Defendant. )

MOTION GRANTED
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
OCT. 13, 2005

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

The plaintiffs hereby move for leave to file a reply memorandum in support of their Motion for Summary Judgment. The reply memorandum, which accompanies this motion, will aid the Court in its resolution of the motion because it responds to the argument and evidentiary objection raised by the defendant in his Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment, filed July 27, 2005.

Dated: August 26, 2005

Respectfully submitted,

_David R. Esquivel_ w/ permission
David R. Esquivel (TN Bar No. 21459)
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Tel: (615) 742-6200
Fax: (615) 742-0405

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

Matthew J. Eisenbrandt (CA Bar No. 217335)
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market Street, Suite 684
San Francisco, CA 94102
Tel: (415) 544-0444
Fax: (415) 544-0456

Carolyn Patty Blum (MA Bar No. 046880)
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th Street
New York, NY 10014
Tel: (212) 989-0012
Fax: (415) 544-0456

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has this day been served upon the following counsel for the Defendant by depositing a copy thereof in the United States Mail, postage prepaid, this 26th day of August, 2005.

Robert M. Fargarson, Esq.
Fargarson & Brooke
65 Union Avenue, 9th Floor
Memphis, TN 38103

*Counsel for Defendant Nicolas Carranza*

_____

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Honorable Jon McCalla
US DISTRICT COURT