IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 16  AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **JOSE OSCAR CHAVEZ** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 03-2932-Ml |
| | ) | |
| **NICOLAS CARRANZA** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

The clerk's office is directed to pay for lunches, and other allowed expenses for all of the jurors on the above styled case, from November 1, 2005 until they are dismissed.

SO ORDERED THIS _____15_____ day of November, 2005

Jon Phipps McCalla
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-16-05

(139)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Honorable Jon McCalla
US DISTRICT COURT