IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /D.C.
05 DEC -1  AM 8: 21

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D MEMPHIS

| | |
|---|---|
| ANA PATRICIA CHAVEZ, <br> CECILIA SANTOS, <br> JOSE FRANCISCO CALDERON, <br> ERLINDA REVELO, and DANIEL ALVARADO, <br><br> Plaintiffs, <br><br> v. <br><br> NICOLAS CARRANZA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 03-2932 Ml/P <br> ) <br> ) <br> ) <br> ) |

## ORDER CORRECTING THE DOCKET

The Court's docket currently shows the following pending motions in this case:

| | |
|---|---|
| 55 | Motion to Quash; |
| 72 | Motion to Approve the Use of Jury Questionnaire; |
| 74,76,87,92 | Motions in Limine; |
| 89 | Motion to Bifurcate; and |
| 123 | Motion for Interlocutory Appeal from Order. |

These motions are either moot or have been resolved. The Clerk is directed to correct the docket accordingly.

So ORDERED this 30 day of November, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-1-05

160

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 160 in case 2:03-CV-02932 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Carolyn Patty Blum
CENTER FOR JUSTICE & ACCOUNTABILITY
291 West 12th St.
New York, NY 10014

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Matthew J. Eisenbrandt
CENTER FOR JUSTICE & ACCOUNTABILITY
870 Market St.
Ste. 684
San Francisco, CA 94102

Nicolas Carranza
6530 Red Birch Dr.
Memphis, TN 38115

Honorable Jon McCalla
US DISTRICT COURT